# Exhibit 5

**U.S. Department of Justice**

Civil Division

*Washington, D.C. 20530*

---

EJS:JMS

Telephone:
(202) 514-5838

June 1, 2022

**VIA ELECTRONIC AND U.S. MAIL**

Peter K. Navarro
801 Pennsylvania Ave., NW
Unit 1021
Washington, D.C. 20004
pknavarro@protonmail.com

Dear Mr. Navarro:

Since determining that you conducted official government business as an advisor to President Trump using a private email account, the National Archives and Records Administration (NARA) has repeatedly requested that you provide all electronic mail messages related to your official duties that you created or received using a private email account. To date, you have declined to provide the records.

The Presidential Records Act, 44 U.S.C. § 2201 *et seq.*, establishes that the United States owns records related to the President's official duties, whether or not the records were created or stored on an official government server. The United States is entitled to recover property that belongs to it, including official government records.

We have been authorized to file a civil action against you in United States District Court to pursue claims for the recovery of wrongfully withheld records. We intend to file the action on or about June 21, 2022. But as is our practice in civil actions of this nature, we are willing to give you an opportunity to resolve this matter without litigation by turning the wrongfully withheld records over to NARA prior to June 21. In the meantime, you have a continuing obligation to preserve electronic or hard copies of Presidential records in your possession, custody, or control.

If you would like to discuss this matter, you or your legal representative should contact Justin Sandberg, the Civil Division attorney assigned to this case, at justin.sandberg@usdoj.gov.

Sincerely,

Elizabeth J. Shapiro
Deputy Director
Federal Programs Branch, Civil Division