# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 22-cv-2292 |
| ) | |
| PETER K. NARARRO, ) | |
| ) | |
| *Defendant*. ) | |

## NOTICE OF APPEARANCE

Please take notice that Elizabeth J. Shapiro hereby enters her appearance in the above-captioned matter as counsel of record for Plaintiff United States of America. Undersigned counsel hereby certifies that she is personally familiar with the Local Rules of this Court.

Dated:  Aug. 3, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

/s/ *Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
(D.C. Bar 418925)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12100
Washington, D.C. 20530
Tel: (202) 514-5302
Fax: (202) 616-8470
Email: elizabeth.shapiro@usdoj.gov
*Attorneys for Defendants*