UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
    By the U.S. Department of Justice
    1100 L Street NW
    Washington, D.C., 20001

*Plaintiff*,

–v.–

PETER K. NAVARRO,
    801 Pennsylvania Avenue NW
    Unit 1021
    Washington, D.C., 20004

*Defendant.*

Case No. 1:22-cv-2292

## MOTION FOR SUMMARY JUDGMENT

Pursuant to D.C. Local Civil Rule 7(a), Plaintiff United States of America hereby moves for summary judgment in the above-captioned matter. In accordance with Local Civil Rule 7(h), a supporting memorandum of law, statement of material facts, and a proposed order accompany this motion.

Dated: September 26, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

                                                                    /s/ *Lee Reeves*
LEE REEVES
ALEXANDRA SASLAW
Trial Attorneys
U.S. Department of Justice Civil Division,
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 616-0773
Email: lee.reeves2@usdoj.gov
*Counsel for Plaintiff*