UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
    By the U.S. Department of Justice
    1100 L Street NW
    Washington, D.C., 20001

            *Plaintiff*,

           –v.–

PETER K. NAVARRO,
    801 Pennsylvania Avenue NW
    Unit 1021
    Washington, D.C., 20004

           *Defendant*.

Case No. 1:22-cv-2292

**DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to Local Rule 7(h)(1), Plaintiff United States of America respectfully submits the following statement of material facts not in dispute.

1. Defendant Peter K. Navarro (Defendant) was employed by the White House Office in the Executive Office of the President from January 20, 2017, until January 20, 2021. *See* Trump White House, People, Peter Navarro, https://trumpwhitehouse.archives.gov/people/peter-navarro/; *Navarro v. Pelosi*, 1:22-cv-01519 (D.D.C.), Compl. ¶ 1 (Preliminary Statement filed by Peter K. Navarro) ("For the four years of the Trump administration, . . . [Mr. Navarro] served as a senior White House advisor to [then-] President Donald John Trump.").

2. From approximately January 20, 2017, until approximately April 29, 2017, Defendant served as Assistant to the President, Director of Trade and Industrial Policy, and the inaugural head of the White House National Trade Council. *See* Trump White House, People, Peter Navarro, https://trumpwhitehouse.archives.gov/people/peter-navarro/.

1

3. From approximately April 29, 2017 until approximately January 20, 2021, Defendant served as Assistant to the President and Director of the Office of Trade and Manufacturing Policy (OTMP). *See* Trump White House, People, Peter Navarro, https://trumpwhitehouse.archives.gov/people/peter-navarro/. "[I]n his role as Director of OTMP, [Defendant] advise[d] the President on policies to increase economic growth, decrease the trade deficit, and strengthen Americas' manufacturing and defense industrial bases." *Id.*

4. The Office of Trade and Manufacturing Policy existed within the White House Office. *See* Presidential Executive Order on Establishment of Office of Trade and Manufacturing Policy (Apr. 29, 2017), https://trumpwhitehouse.archives.gov/presidential-actions/presidential-executive-order-establishment-office-trade-manufacturing-policy/).

5. In addition to those responsibilities noted in paragraphs 2-3 above, in March 2020, then-President Donald J. Trump appointed Defendant to coordinate the government's use of the Defense Production Act, 50 U.S.C. § 4501 *et seq.*, to respond to the COVID-19 pandemic. *See* Remarks by President Trump, Vice President Pence, and Members of the Coronavirus Task Force in Press Briefing(Mar. 28, 2020), https://trumpwhitehouse.archives.gov/briefings-statements/remarks-president-trump-vice-president-pence-members-coronavirus-task-force-press-briefing-13/.

6. By virtue of his positions and work described above in paragraphs 1-4, Defendant was on "the President's immediate staff" and/or "in a unit or individual of the Executive Office of the President whose function is to advise or assist the President." 44 U.S.C. § 2201(2).

7. The Presidential Records Act (PRA), 44 U.S.C. § 2201 *et seq.*, creates a framework for the preservation of certain records, termed "Presidential records" (Presidential records) by the statute, *id.* § 2201(2), created or received by the President, Vice President, and persons who advise and assist them.

8. According to the PRA, the term "Presidential records" means, with certain conditions and exceptions, "documentary materials, or any reasonably segregable portion thereof, created or received by the President, the President's immediate staff, or a unit or individual of the Executive Office of the President whose function is to advise or assist the President, in the course of conducting activities which relate to or have an effect upon the carrying out of the constitutional, statutory, or other official or ceremonial duties of the President." 44 U.S.C. § 2201(2).

9. E-mail and other electronic messages, including electronic messages sent and received on non-official electronic message accounts, constitute Presidential records to the same extent as hard copy documents. 44 U.S.C. §§ 2201, 2209.

10. The PRA requires the President, Vice President, and "covered employee[s]" to "cop[y]" their "official electronic messaging account" when sending a communication using a non-official account or to "forward[] a complete copy" of an email sent on their non-official account to their "official electronic messaging account . . . not later than 20 days after the original creation or transmission" of the record. 44 U.S.C. §§ 2209(a)(1), (a)(2). "Covered employee[s]" include, *inter alia*, "the immediate staff of the President" and "a unit or individual of the Executive Office of the President whose function is to advise and assist the President." *Id.* § 2209(c)(1).

11. In February 2017, the White House Counsel's Office issued a memorandum to White House personnel regarding the use of non-official email accounts to conduct official business, writing: "If you ever send or receive email that qualifies as a presidential record using any other account [i.e., other than the official government account], you must preserve that email by copying it to your official EOP email account or by forwarding it to your official email account within twenty (20) days." Compl. Ex. 1 at 2, ECF No. 1-2 (Memorandum for All Personnel, from Deputy White House Counsel Stefan C. Passantino, through Counsel to the President Donald F. McGahn (Feb. 22, 2017)) (WHCO Memorandum)).

12. The United States "retain[s] complete ownership, possession, and control of Presidential records." 44 U.S.C. § 2202.

13. At the end of a presidential administration, the Archivist of the United States is, under the PRA, required to "assume responsibility for the custody, control, and preservation" of Presidential records and to "make such records available to the public as rapidly and completely as possible consistent with the provisions of this chapter." 44 U.S.C. § 2203; Compl. Ex. 4 at ¶¶ 2-3, ECF No. 1-5 (Declaration of William J. Bosanko).

14. While serving in the White House, Defendant used at least one non-official email account—an account hosted by the non-official service ProtonMail—to send and receive messages constituting Presidential records. *See* Compl. Ex. 2, ECF 1-3 (emails to/from Defendant's ProtonMail account); *accord* Bosanko Decl. ¶ 6. Some of these emails were obtained by the House Select Subcommittee on the Coronavirus Crisis (the Subcommittee) as part of its investigation into the government's response to the coronavirus pandemic. *See* Select Subcommittee on the Coronavirus Crisis, Select Subcommittee Releases New Evidence Of Trump Administration Failure To Heed Early Pandemic Warnings: New Documents Show that Peter Navarro and other Trump Administration Advisors Used Private Email Accounts to Communicate about Pandemic Response (Sept. 14, 2021), https://coronavirus.house.gov/sites/democrats.coronavirus.house.gov/files/9.14.21%20Navarro%20Document%20Release.pdf); *see also* Compl. Ex. 2, ECF 1-3.

15. Defendant did not copy each email or message constituting Presidential records that was sent or received on his non-official account or accounts to his official government email account. Bosanko Decl. ¶ 5.

16. Defendant continues to have Presidential records in his possession, custody, and/or control. Bosanko Decl. ¶¶ 6-10 & Attachment A (July 29, 2022 letter from John S. Irving to Gary M. Stern) (acknowledging continued possession, custody, and/or control).

Case 1:22-cv-02292-CKK   Document 7-2   Filed 09/26/22   Page 5 of 5

5

<table>
<tr><td>Dated: September 26, 2022</td><td>Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>BRIAN D. NETTER<br>Deputy Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br>Federal Programs Branch<br><br>__/s/ Lee Reeves_____<br>LEE REEVES<br>ALEXANDRA SASLAW<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Tel: (202) 616-0773<br>Email: lee.reeves2@usdoj.gov<br>*Counsel for Plaintiff*</td></tr>
</table>