UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
    By the U.S. Department of Justice
    1100 L Street NW
    Washington, D.C., 20001

*Plaintiff*,

–v.–

PETER K. NAVARRO,
    801 Pennsylvania Avenue NW
    Unit 1021
    Washington, D.C., 20004

*Defendant.*

Case No. 1:22-cv-2292

### [PROPOSED] ORDER

For the reasons stated in Plaintiff's Motion for Summary Judgment, Defendant has unlawfully retained Presidential Records that are the property of the United States. I hereby GRANT Plaintiff's Motion for Summary Judgment and request for a writ of replevin for the return of Presidential Records. Defendant is ordered to return to the United States all Presidential Records in his possession forthwith.

Date:                                                     _____

                                                                                        UNITED STATES DISTRICT JUDGE