# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) <br> ) <br> ) Case No. 1:22-cv-02292-CKK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| v. | |
| **PETER K. NAVARRO,** | |
| Defendant. | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Stan M. Brand of Brand Woodward Law, LP enters his appearance as counsel for Defendant, Dr. Peter K. Navarro.

Dated: October 21, 2022         Respectfully submitted,

                                          */s/ Stan M. Brand*
                             Stan M. Brand (D.C. Bar No. 213082)
                             BRAND WOODWARD LAW, LP
                             1808 Park Road NW
                             Washington, DC  20010
                             202-996-7447 (telephone)
                             202-996-0113 (facsimile)
                             Stanley@BrandWoodwardLaw.com

                             *Counsel for Defendant Peter K. Navarro*

## **CERTIFICATE OF SERVICE**

On October 21, 2022, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

          */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road, Northwest
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com