**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**PETER K. NAVARRO,**<br><br>**Defendant.** | )<br>)<br>)   **Case No. 1:22-cv-02292-CKK**<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

Dr. Peter K. Navarro appeals to the United States Court of Appeals for the District of Columbia Circuit from the final order denying his motion to dismiss entered on March 10, 2023.

Dated: March 22, 2023

Respectfully submitted,

*/s/ Stan M. Brand*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
Stan M. Brand (D.C. Bar No. 213082)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Peter K. Navarro*