**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **PETER K. NAVARRO,** <br><br> Defendant. | ) <br> ) <br> )    **Case No. 1:22-cv-02292-CKK** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER**

Upon consideration of Dr. Navarro's Motion, it is this ___ day of _____, 2022, hereby:

**ORDERED** that the Motion is **GRANTED.**

**SO ORDERED.**

_____
The Honorable Colleen Kollar-Kotelly
United States District Court Judge
