UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>–v.–<br><br>PETER K. NAVARRO,<br><br>*Defendant*. | Case No. 1:22-cv-2292 |

### NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Alexandra R. Saslaw, hereby enters her appearance as counsel for the Plaintiff in the above-captioned case. The undersigned counsel hereby certifies pursuant to Local Rule 82.3(j) that she is personally familiar with the Local Rules of this Court.

Dated:  May 15, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

/s/ *Alexandra R. Saslaw*
ALEXANDRA SASLAW
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

Tel: (202) 514-4520
Email: alexandra.r.saslaw@usdoj.gov

*Counsel for Plaintiff*