# Exhibit A

**Reeves, Lee  (CIV)**

| Subject: | [EXTERNAL] RE: Navarro: Presidential Records transfer to NARA |

**From:** Stanley Woodward <stanley@brandwoodwardlaw.com>
**Sent:** Monday, May 8, 2023 1:21 PM
**To:** Reeves, Lee (CIV) <Lee.Reeves2@usdoj.gov>
**Cc:** 'Gary Stern' <garym.stern@nara.gov>; 'Hannah Bergman' <Hannah.Bergman@nara.gov>; Saslaw, Alexandra R. (CIV) <Alexandra.R.Saslaw@usdoj.gov>; 'Mark Nobile' <mark@brandwoodwardlaw.com>; 'Stan Brand' <stanleymbrand@gmail.com>
**Subject:** Re: [EXTERNAL] RE: Navarro: Presidential Records transfer to NARA

Lee - as you're aware our status report is due today.  We have identified roughly another 800 records exchanged with a ".gov" or a ".mil" account that we are reviewing.  We would propose a rolling production of roughly 200 emails a week for the next month to review and produce these records.  We will also agree to conduct any targeted searches that you all request based on what you see in these emails (e.g., a search for a specific recipient that may not utilize a ".gov" or ".mil" email account but with whom we see Dr. Navarro corresponding).

Let us know if that is acceptable on your end and we will draft a proposed status report for your review.

Thanks,

Stanley