UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>PETER K. NAVARRO,<br>　　　　Defendant. | Civil Action No. 22-2292 (CKK)<br><br>**UNDER SEAL** |

ORDER
(December 20, 2023)

Before the Court is Plaintiff's [30] Motion to Enforce (the "Motion"). On August 31, 2023, the Court granted in part Plaintiff's Motion, ordering Defendant to explain his compliance with the Court's judgment in this case. Order, ECF No. 32, at 2. However, the Motion was held in abeyance to the extent Plaintiff "requests an order directing Defendant to show cause why he should not be held in contempt of the Court's judgment," as the Court first needed to review Defendant's upcoming submissions, which included Defendant filing a notice under seal "listing all search terms used, the metadata fields searched, and the email accounts searched," and delivering a "random sample of fifty emails across each account searched that were not identified as responsive in his last review." *Id.* at 1–2.

On October 16, 2023, Defendant filed a sealed notice detailing his compliance with the Court's judgment. *See* ECF No. 33 (sealed). There, Defendant stated that "government counsel has previously taken the position in a related [criminal] case, *United States v. Navarro*, No. 21-cr-200 [sic] (D.D.C.), that any work [Defendant] undertook as part of the 2020 Presidential Election was done in his personal, and not his professional capacity." *Id.* Defendant however failed to elaborate on this statement in his notice. *See generally id.*

As a result, the Court is unaware of the exact scope of the Government's position in the related criminal case identified by Defendant. And, while the Court is not bound by the Government's position in that case, the Court nonetheless will direct counsel for the Government to file, under seal, an explanation of the position it took in the related criminal case.

1

Accordingly, it is hereby

**ORDERED**, that counsel for the Government shall file under seal an explanation of its position in *United States v. Navarro*, No. 22-cr-200, as it relates to Defendant's statement in his sealed notice, on or before **December 29, 2023**.

**SO ORDERED**.

Date:  December 20, 2023

                                                                    /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge