IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | Case No. 1:22-cv-02292-CKK |
| PETER K. NAVARRO, | |
| Defendant. | |

**MOTION FOR LEAVE TO FILE LUNDER SEAL**

Dr. Peter K. Navarro, by and through the undersigned counsel, and pursuant to Local Rule 5.1(h) of the Local Rules for the United States District Court for the District of Columbia, respectfully requests this Court temporarily Seal the attached Motion to Unseal.

The Court has inherent power to seal submitted materials. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Although there is a presumption of access to court proceedings, this presumption can be overridden if "(1) closure servers a compelling interest; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest." *Washington Post v. Robinson*, 935 F.2d 282, 288, 290 (D.C. Cir. 1999) (internal citation and quotation omitted).

As described in more detail, the Motion seeks to unseal two sealed filings in the above-captioned matter as well as the motion itself. However, because the filings are now sealed, Dr. Navarro submits this motion requesting that his motion to unseal be filed under seal out of an abundance of caution.

1

2

Dated: January 19, 2024        Respectfully submitted,

       */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
Stan M. Brand (D.C. Bar No. 213082)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Dr. Peter K. Navarro*

## **CERTIFICATE OF SERVICE**

On January 19, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

>             */s/ Stanley E. Woodward, Jr.*
> Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
> BRAND WOODWARD LAW, LP
> 400 Fifth Street, Northwest, Suite 350
> Washington, DC  20001
> 202-996-7447 (telephone)
> 202-996-0113 (facsimile)
> Stanley@BrandWoodwardLaw.com