# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>)<br>) |
| v. | ) Case No. 1:22-cv-02292-CKK<br>) |
| **PETER K. NAVARRO,** | )<br>)<br>) |
| Defendant. | )<br>) |

## [PROPOSED] ORDER

Upon consideration of Dr. Navarro's Motion, it is this ___ day of _____, 2024, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Dr. Navarro's Motion for Leave to file his Motion to Unseal shall be filed under seal with the Clerk of the Court until further order of the Court.

**SO ORDERED.**

_____
The Honorable Colleen Kollar-Kotelly
United States District Court Judge