IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> v.  ) <br> ) <br> **PETER K. NAVARRO,** ) <br> ) <br> **Defendant.** ) <br> ) | **Case No. 1:22-cv-02292-CKK** |

**[PROPOSED] ORDER**

Upon consideration of Dr. Navarro's Motion, it is this ___ day of _____, 2022, hereby:

**ORDERED** that the Motion is **GRANTED.**


**SO ORDERED.**


The Honorable Colleen Kollar-Kotelly
United States District Court Judge