UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>      v.<br><br>PETER K. NAVARRO,<br>            Defendant. | Civil Action No. 22-2292 (CKK) |

**ORDER**
(March 5, 2024)

On February 20, 2024, the Court issued a memorandum opinion and order, directing Defendant to, among other things, "reprocess the remaining records in his possession" by March 20, 2024 to "determine whether additional records are identified as responsive and can be produced" to Plaintiff.  *See* Mem. Op. & Order, ECF No. 38, at 6.  To assist Defendant in this objective, the Court shall categorize the remaining records in Defendant's random sampling.

The following records (emails and any corresponding attachments) are not Presidential records: DCD Review 1; DCD Review 4; DCD Review 208; DCD Review 210; DCD Review 211; DCD Review 357; DCD Review 375; DCD Review 376; DCD Review 387; DCD Review 392; DCD Review 397; DCD Review 407; DCD Review 439; DCD Review 451; DCD Review 494; DCD Review 499; DCD Review 505; DCD Review 510; DCD Review 517; DCD Review 518; DCD Review 524; and DCD Review 552.

The following records (emails and any corresponding attachments) require additional information and review to ascertain whether they are, in whole or in part, Presidential records: DCD Review 3; DCD Review 5; DCD Review 53; DCD Review 84; DCD Review 85; DCD Review 88; DCD Review 206; DCD Review 212; DCD Review 320; DCD Review 356; DCD

1

Review 367; DCD Review 386; DCD Review 394; DCD Review 395; DCD Review 437; and DCD Review 475.

**SO ORDERED**.

Date: March 5, 2024

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge