UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
      Plaintiff,

  v.

PETER K. NAVARRO,
      Defendant.

Civil Action No. 22-2292 (CKK)

**ORDER**
(April 9, 2024)

It is this 9th day of April, 2024, hereby

**ORDERED**, that this case is referred to Magistrate Judge G. Michael Harvey to conduct an *in camera* review of the documents in Defendant's possession, custody, or control that may be Presidential records as that term is defined by the Presidential Records Act, 44 U.S.C. §§ 2201 et seq., and to issue a Report and Recommendation recommending a disposition as to those records pursuant to LCvR 72.3(a). It is further

**ORDERED**, that Defendant shall, on or before **May 31, 2024**, lodge with the Chambers of Magistrate Judge Harvey all documents that prior searches have identified as potential Presidential records as described in the status reports, *see* ECF No. 29, ECF No. 33, and any other searches run by Defendant to identify potentially responsive records, *see* ECF No. 40 at 6. Each document shall be clearly labeled (on the document itself) as: (1) a document reviewed by the Court and found to be a Presidential record; (2) a document reviewed by the Court and found not to be a Presidential record; (3) a document reviewed by the Court and found to be inconclusive (without additional information) as it whether or not it was a Presidential record; (4) a document that has been produced to the Government; and (5) a document that has not been produced to the Government. The document's label shall reflect all categories to which it belongs. The documents shall also be marked with the applicable "DCD_Review" number, the number from the numbering scheme used on the documents produced to the Government, or both (if applicable). *See* ECF No. 41 at 3 n.1 (indicating that a different numbering scheme was used for the documents produced to the Government). It is further

2

**ORDERED**, that Magistrate Judge Harvey shall have the authority to conduct any proceedings and issue any orders as may be appropriate to aid in consideration of the issues before him, including but not limited to ordering discovery as authorized by the Federal Rules of Civil Procedure, taking testimony under oath, requiring additional briefing, and scheduling.

**SO ORDERED**.

Date:  April 9, 2024

>                              /s/
> COLLEEN KOLLAR-KOTELLY
> United States District Judge