IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) ) | Case No. 1:22-cv-02292-CKK |
| PETER K. NAVARRO, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF COMPLIANCE

Defendant Peter K. Navarro respectfully submits this notice to advise the Court that earlier today government counsel was provided with a cross-reference to permit the government to identify the records the Court identified as definitively Presidential records.

By way of background, on March 22, 2024, Defendant Peter K. Navarro responded (ECF No. 40) to the Court's March 5, 2024 Show Cause Order (ECF No. 39). Later that day, the Court Ordered the government to respond on before March 29, 2024, which they did. (ECF No. 41). The Court subsequently referred this matter to Magistrate Judge Harvey to ensure further compliance with its Judgment. Order (April 9, 2024) (ECF No. 42).

In both the government's response (ECF No. 41) and the Court's subsequent Order (ECF No. 42), reference was made to the government's inability to cross-reference the records the Court definitively concluded were Presidential records to the records Dr. Navarro produced to the government. *See* Response, at 3 n.1 (Mar. 29, 2024) (ECF No. 041) ("Navarro's response to the show cause order discussed at length twelve emails that the Court concluded were Presidential records. . . The records produced on March 20, 2024, appear to use a different numbering scheme, and therefore NARA is currently unable to determine which records are the ones discussed in Navarro's motion."). This was an unintentional oversight. Accordingly, Dr.

1

Navarro provided government counsel with a cross-reference to permit the government to identify the records the Court identified as definitively Presidential records.

Dated: April 9, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Stanley E. Woodward, Jr.
　　　　　　　　　　　　　　　　　Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
　　　　　　　　　　　　　　　　　Stan M. Brand (D.C. Bar No. 213082)
　　　　　　　　　　　　　　　　　BRAND WOODWARD LAW, LP
　　　　　　　　　　　　　　　　　400 Fifth Street, Northwest, Suite 350
　　　　　　　　　　　　　　　　　Washington, DC  20001
　　　　　　　　　　　　　　　　　202-996-7447 (telephone)
　　　　　　　　　　　　　　　　　202-996-0113 (facsimile)
　　　　　　　　　　　　　　　　　Stanley@BrandWoodwardLaw.com

　　　　　　　　　　　　　　　　　*Counsel for Defendant Dr. Peter K. Navarro*

**CERTIFICATE OF SERVICE**

On April 9, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

>  */s/ Stanley E. Woodward, Jr.*
> Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
> BRAND WOODWARD LAW, LP
> 400 Fifth Street, Northwest, Suite 350
> Washington, DC  20001
> 202-996-7447 (telephone)
> 202-996-0113 (facsimile)
> Stanley@BrandWoodwardLaw.com