UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 22-cv-2292 (CKK/GMH) |
| PETER K. NAVARRO, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

On April 9, 2024, Judge Kollar-Kotelly referred this case to the undersigned "to conduct an *in camera* review of the documents in Defendant's possession, custody, or control that may be Presidential records as that term is defined by the Presidential Records Act, 44 U.S.C. §§ 2201 *et seq.*, and to issue a Report and Recommendation recommending a disposition as to those records." ECF No. 43. According to that referral, Defendant must, by May 31, 2024, lodge with the Chambers of the undersigned "all documents that prior searches have identified as potential Presidential records as described in the status reports and any other searches run by Defendant to identify potentially responsive records," as well as adhere to certain labeling requirements for those documents. *Id.* (internal citations omitted) (citing ECF Nos. 29, 33, 40). In furtherance of that referral, this Order describes the manner in which those documents should be lodged.

First, the documents shall be accompanied by an Excel spreadsheet table in the vein of a privilege log or *Vaughn* index. The table shall include a row for each document to be lodged with the undersigned, and columns reflecting the following information: (1) the Bates number and/or "DCD_Review" number; (2) the date and time of the communication; (3) the name and position (e.g., title and agency or employer, or, for personal contacts, relationship to Defendant) of sender;

(4) the name and position (e.g., title and agency or employer, or, for personal contacts, relationship to Defendant) of recipient(s); (5) the name and position (e.g., title and agency or employer, or, for personal contacts, relationship to Defendant) of any individuals copied on the communication(s); (6) a brief description of the topic of the communication(s); (7) a notation as to whether the document was reviewed by Judge Kollar-Kotelly and, if so, her decision as to the document; (8) a notation as to whether the document has been produced to the government; and (9) for any and all documents that have not as yet been produced to the government, a brief explanation as to why Defendant believes that document is not a Presidential record.[1]

Second, the documents shall be lodged in both electronic form and hard copy. In both forms, a slip sheet including the Bates number and/or "DCD_Review" number shall precede each document. The documents shall further be organized into the following categories: (a) documents reviewed by Judge Kollar-Kotelly and found to be Presidential records; (b) documents reviewed by Judge Kollar-Kotelly and found not to be presidential records; (c) documents reviewed by Judge Kollar-Kotelly about which no decision has yet been made; (d) documents already produced to the government (*excluding* those reviewed by Judge Kollar-Kotelly and found to be Presidential records, that is, the documents in category (a)); (e) documents not yet produced to the government (*excluding* those reviewed by Judge Kollar-Kotelly and found not be to Presidential records and those about which a decision has not yet been made, that is, the documents in categories (b) and (c)).

**SO ORDERED.**

Date: May 1, 2024

                                                    G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The description called for in category (9) should be brief, in the manner of a shorthand, and if necessary may be linked to a legend or key.