IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | Case No. 1:22-cv-02292-CKK/GMH |
| v. ) | The Honorable Colleen Kollar-Kotelly |
| ) | The Honorable Magistrate Judge G. Michael Harvey |
| **PETER K. NAVARRO,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF COMPLIANCE

On April 9, 2024, the District Court entered an Order, over Dr. Navarro's objection, effectively directing the production of every record sent or received by Dr. Navarro on his personal Proton Mail account during his tenure as a senior presidential advisor – between January 20, 2017 through January 20, 2021. Order (ECF No. 42); Order (ECF No. 43). In addition, on May 1, 2024, Magistrate Judge Harvey issued a supplemental order requiring additional information. Order (ECF No. 45). Pursuant these Orders, earlier today, Dr. Navarro, through counsel,[1] provided to Magistrate Judge Harvey 1,838 records (including attachments), as well as a *Vaughn*-like index of the same (including links to each record),[2] totaling more than 9,000 pages.[3]

The District Court's April 9, 2024, Order also directed Dr. Navarro to submit, "an affidavit or sworn declaration, which can be filed under seal, providing a detailed account of his

---

[1] Dr. Navarro self-surrendered to the Bureau of Prisons on March 19, 2024, following his conviction for contempt of congress. Since that time, Dr. Navarro has been afforded no formal access to his counsel as legal visits have been permitted only on weekends.

[2] Magistrate Judge Harvey's Order requires, *inter alia*, a *Vaughn* index identifying, "the name and position (e.g., title and agency or employer, or, for personal contacts, relationship to Defendant) of sender." Order at 1 (May 1, 2024) (ECF No. 45). Given counsel's inability to communicate with Dr. Navarro, *see supra* fn. 1, the identities of some email accounts remain unknown and have been labeled accordingly, "unknown."

[3] Pursuant to correspondence with the Magistrate Judge Harvey, these records were transmitted electronically today, May 31, 2024, with copies to be delivered in-person on June 3, 2024.

search methodology, including but not limited to all search terms used, the metadata fields searched, and the email accounts searched." Order, at 3 (Apr. 9, 2024) (ECF No. 042). A declaration from the undersigned counsel will be filed under seal concomitantly with the filing of this Notice.[4]

Dated: May 31, 2024  Respectfully submitted,

        */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
Stan M. Brand (D.C. Bar No. 213082)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Dr. Peter K. Navarro*

---

[4] In addition to having no formal access to counsel during his period of incarceration, the facility where Dr. Navarro is incarcerated does not have any notary access precluding Dr. Navarro himself from submitting an affidavit even if he had access to counsel.

## **CERTIFICATE OF SERVICE**

On May 31, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

                                     */s/ Stanley E. Woodward, Jr.*
                               Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                               BRAND WOODWARD LAW, LP
                               400 Fifth Street, Northwest, Suite 350
                               Washington, DC  20001
                               202-996-7447 (telephone)
                               202-996-0113 (facsimile)
                               Stanley@BrandWoodwardLaw.com