# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, —v.— PETER K. NAVARRO, *Defendant*. | Case No. 1:22-cv-2292 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that the undersigned attorney, Alexandra R. Saslaw, withdraws her appearance as counsel for Plaintiff in the above-captioned case. All previously listed counsel will continue to represent Plaintiff.

Dated: September 4, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

/s/ *Alexandra R. Saslaw*
ALEXANDRA SASLAW
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

Tel: (202) 514-4520
Email: alexandra.r.saslaw@usdoj.gov

*Counsel for Plaintiff*