**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
|  | ) |
|  | ) Case No. 1:22-cv-02292-CKK/GMH |
| **Plaintiff,** | ) The Honorable Colleen Kollar-Kotelly |
|  | ) The Honorable Magistrate Judge G. Michael Harvey |
| v. | ) |
|  | ) |
| **PETER K. NAVARRO,** | ) |
|  | ) |
| **Defendant.** |  |

**NOTICE OF FILING**

Defendant Peter K. Navarro, through the undersigned counsel, hereby provides notice that the Supreme Court has granted Dr. Navarro an extension of time to file a petition for a writ of certiorari in this matter. Dr. Navarro now has until October 5, 2024, to file a petition for a writ of certiorari. This extension was granted in response to an application filed by Dr. Navarro with the Chambers of Chief Justice John Roberts, pursuant to the Rules of the Supreme Court, which explained that a final disposition of this matter remains pending.

The application seeking the extension of time is attached hereto as Exhibit A. A letter notifying the Court of Appeals that Chief Justice Roberts granted Dr. Navarro's application is attached hereto as Exhibit B.

[SIGNATURE ON NEXT PAGE]

Dated: September 13, 2024                     Respectfully submitted,

                                                                            */s/ Stanley E. Woodward, Jr.*
                                                              Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                                              Stan M. Brand (D.C. Bar No. 213082)
                                                              BRAND WOODWARD LAW, LP
                                                              400 Fifth Street, Northwest, Suite 350
                                                              Washington, DC  20001
                                                              202-996-7447 (telephone)
                                                              202-996-0113 (facsimile)
                                                              Stanley@BrandWoodwardLaw.com

                                                              *Counsel for Defendant Dr. Peter K. Navarro*

**CERTIFICATE OF SERVICE**

On September 13, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

                                              */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com