# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) <br> ) <br> ) Case No. 1:22-cv-02292-CKK/GMH |
| **Plaintiff,** | ) The Honorable Colleen Kollar-Kotelly <br> ) The Honorable Magistrate Judge G. Michael Harvey |
| v. | ) <br> ) |
| **PETER K. NAVARRO,** | ) <br> ) |
| **Defendant.** | |

## NOTICE OF FILING

Defendant Peter K. Navarro, through his undersigned counsel, submits this filing to notify this Court that the Supreme Court has granted Dr. Navarro a second extension of time to file a petition for a writ of certiorari in this matter. Dr. Navarro now has until October 20, 2024, to file a petition for a writ of certiorari in this case. This extension was granted in response to a second application filed by Dr. Navarro with the Chambers of Chief Justice John Roberts, pursuant to Supreme Court Rules. Chief Justice Roberts has advised that no more extensions will be granted.[1]

The text of the second application seeking the extension of time is attached hereto as Exhibit A.

[SIGNATURE ON NEXT PAGE]

---

[1] Order accessible at
https://www.supremecourt.gov/search.aspx?filename=/docket/DocketFiles/html/Public/24A201.html.

Dated: October 1, 2024								Respectfully submitted,

          */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
Stan M. Brand (D.C. Bar No. 213082)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Dr. Peter K. Navarro*

## **CERTIFICATE OF SERVICE**

On October 1, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

                                         */s/ Stanley E. Woodward, Jr.*
                                    Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                    BRAND WOODWARD LAW, LP
                                    400 Fifth Street, Northwest, Suite 350
                                    Washington, DC  20001
                                    202-996-7447 (telephone)
                                    202-996-0113 (facsimile)
                                    Stanley@BrandWoodwardLaw.com