AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-02292-CKK/GMH |
| Peter K. Navarro | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Peter K. Navarro.

Date: 10/30/2024

/s/ Mark P. Nobile
*Attorney's signature*

Mark P. Nobile (D.C. Bar No. 1780761)
*Printed name and bar number*

400 5th Street N.W.
Suite 350
Washington, D.C. 20001
*Address*

mark@brandwoodwardlaw.com
*E-mail address*

(202) 996-7447
*Telephone number*

(202) 996-0113
*FAX number*