UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>–v.–<br><br>PETER K. NAVARRO,<br><br>*Defendant*. | Case No. 1:22-cv-2292 |

**STATUS REPORT**

      In conformance with the Court's Minute Order dated November 1, 2024, Plaintiff United States of America (Plaintiff) hereby files this "status report proposing a process and schedule going forward to facilitate the completion of the undersigned's review of the first two categories of documents outlined in the Order dated October 11, 2024, ECF No. 53." By email dated November 15, 2024 at 2:50 p.m., undersigned counsel sent Plaintiff's position statement below to Defendant's counsel, and invited Defendant's counsel to add Defendant's position. As of the time of this filing, undersigned counsel has received no response. While Plaintiff regrets the late filing, the United States had hoped to cooperate with Defendant on a joint filing, and asks that this Court grant a *nunc pro tunc* extension of time. Plaintiff's position is set forth below.

      With respect to Category 2 ("emails and attachments Navarro sent to himself that relate to public policy issues, the White House, or White House personnel. . . . [m]any of [which] appear to be the equivalent of journal or diary entries recounting the events of Navarro's day and his thoughts on the same") (ECF 53 at 4), Plaintiff is, for purposes of this case only, willing to withdraw its claim to the documents in Category 2.

      With respect to Category 1 ("documents which appear to be communications with others on various issues within Navarro's White House portfolio") (ECF 53 at 3), Plaintiff proposes that it make

a filing with the Court addressing the United States' view of the scope of Presidential Records Act (PRA) as applicable to documents in Category 1, as contemplated by the Court. Thereafter, Plaintiff submits that this Court should instruct Defendant to file, *ex parte* and *in camera*, a sworn declaration addressing each and every document within Category 1 that Defendant believes falls outside the PRA, to include, the circumstances surrounding the creation of each communication/document. Accordingly, Plaintiff respectfully proposes the following schedule:

November 22, 2024: Plaintiff submits filing addressing the scope and applicability of the PRA with respect to Category 1 documents.

December 6, 2024: Defendant files a declaration addressing Category 1 documents and Defendant's job duties, in addition to any other topics or materials that this Court may direct or that Defendant may wish to file.[1]

Dated: November 17, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

  /s/ *Lee Reeves*
LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

---

[1] Because this Court's November 1 Order is limited to Categories 1 and 2, this proposal does not address the documents in Category 3. Plaintiff will await further disposition or instruction by this tribunal.

Tel: (202) 616-0773
Email: lee.reeves2@usdoj.gov

*Counsel for Plaintiff*