IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) <br> ) <br> ) Case No. 1:22-cv-02292-CKK/GMH |
| **Plaintiff,** | ) The Honorable Colleen Kollar-Kotelly <br> ) The Honorable Magistrate Judge G. Michael Harvey |
| v. | ) <br> ) |
| **PETER K. NAVARRO,** | ) <br> ) |
| **Defendant.** | ) <br> ) |

## CONSENT MOTION TO CONTINUE APRIL 11, 2025 HEARING

Defendant Peter K. Navarro, through his undersigned counsel, respectfully moves this Court to continue the upcoming April 11, 2025, hearing before Magistrate Judge G. Michael Harvey. Dr. Navarro respectfully requests an adjournment of at least three weeks. Dr. Navarro conferred with government counsel, who signified that the government consents to the relief requested. In support of this motion, Dr. Navarro states the following:

A party may move for a continuance of a hearing, so long as, "notice of the application has been given to all other parties." LCvR 16.1(b). "An application for a continuance [of a hearing] shall be ruled upon by the judge or magistrate judge before whom the hearing, conference or trial is to be held." *Id.*

Good cause to adjourn the April 11, 2025, hearing exists. On or about January 20, 2025, Stanley Woodward joined the Second Presidential Administration of Donald J. Trump. Therefore, Mr. Woodward is no longer Dr. Navarro's lead counsel in this matter.[1] After deliberation, Dr. Navarro has retained the law firm Schulman Bhattacharya to represent him in the remaining

---

[1] A motion to terminate Mr. Woodward's appearance as counsel in this matter is forthcoming.

proceedings before this Court. Jeremy Schulman and Jeffrey Gavenman will take over as lead counsel for Dr. Navarro, while Stan Brand is likely to withdraw his appearance after assisting Dr. Navarro's incoming counsel in taking over the lead counsel role for this case.[2]

On behalf of Dr. Navarro, Mark Nobile agreed to the hearing on April 11, 2025, when it appeared that Mr. Brand would continue as lead counsel in this matter. This agreement also occurred before Mr. Schulman and Mr. Gavenman had consulted with Dr. Navarro about taking over as counsel in this case. Both Mr. Schulman and Mr. Gavenman are scheduled to be out of the country for previously arranged commitments in another case on April 11, 2025. As such, the April 11, 2025, date is no longer viable for Dr. Navarro, and Dr. Navarro therefore respectfully requests that the motion be adjourned for at least three weeks.[3]

## **CONCLUSION**

For the reasons contained herein, Dr. Navarro respectfully requests the Court continue the upcoming April 11, 202, hearing before Magistrate Judge Harvey.

**[SIGNATURE ON NEXT PAGE]**

---

[2] Entries of appearance for both Mr. Gavenman and Mr. Schulman as counsel in this matter are forthcoming.
[3] Mark Nobile joined Schulman Bhattacharya and will remain involved in this matter as counsel for Dr. Navarro. Although Mr. Nobile will not be out of the country on April 11, 2025, Mr. Nobile is not prepared to appear at the April 11, 2025, hearing on his own. Mr. Nobile's involvement in this matter has been limited primarily to researching the scope and interpretation of the Presidential Records Act, 44 U.S.C. §§ 2201-2209, for motions which have since been resolved. As Mr. Brand was originally intended to remain as lead counsel until only recently, Mr. Nobile had not prepared to take an expanded in this case and therefore would not be able to adequately prepare to appear at the April 11, 2025, hearing on his own.

Dated: April 5, 2025                    Respectfully submitted,

*/s/ Mark P. Nobile*
Mark P. Nobile (D.C. Bar. No. 1780761)
SCHULMAN BHATTACHARYA
6116 Executive Boulevard
Unit 425
North Bethesda, MD 20852
(240) 356-8557 (office direct line)
(240) 356-8550 (office front desk)
(240) 356-8558 (fax)
mnobile@schulmanbh.com

*Counsel for Defendant Dr. Peter K. Navarro*

**CERTIFICATE OF SERVICE**

On April 5, 2025, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

                                                /s/ Mark P. Nobile
                                                Mark P. Nobile