IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) Case No. 1:22-cv-02292-CKK/GMH |
| **Plaintiff,** | ) The Honorable Colleen Kollar-Kotelly |
| | ) The Honorable Magistrate Judge G. Michael Harvey |
| v. | ) ) |
| **PETER K. NAVARRO,** | ) ) |
| **Defendant.** | ) ) |

### [PROPOSED] ORDER

Upon consideration of Defendant Peter K. Navarro's Consent Motion to Continue the April 11, 2025, Hearing, it is hereby **ORDERED** that

The Consent Motion is **GRANTED**.

**SO ORDERED**.

_____
The Honorable G. Michael Harvey
Magistrate Judge, District Court for
the District of Columbia