# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) <br> ) <br> ) Case No. 1:22-cv-02292-CKK/GMH |
| **Plaintiff,** | ) The Honorable Colleen Kollar-Kotelly <br> ) The Honorable Magistrate Judge G. Michael Harvey |
| v. | ) <br> ) |
| **PETER K. NAVARRO,** | ) <br> ) |
| **Defendant.** | ) <br> ) |

## ORDER

Upon consideration of Defendant Peter K. Navarro's Consent Motion to Continue the April 11, 2025, Hearing, it is hereby **ORDERED** that

The Consent Motion is **GRANTED** and the hearing is continued to May 21, 2025, at 2:00 P.M.

**SO ORDERED**.

 

_____
The Honorable G. Michael Harvey
Magistrate Judge, District Court for
the District of Columbia