IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | Case No. 1:22-cv-02292-CKK/GMH |
| **Plaintiff,** ) | The Honorable Colleen Kollar-Kotelly |
| ) | The Honorable Magistrate Judge G. Michael Harvey |
| v. ) | |
| ) | |
| **PETER K. NAVARRO,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.1(b) of the Model Rules of Professional Conduct ("MRCP") and Rule 1.1(b) of the District of Columbia Rules of Professional Conduct, counsel for Defendant Dr. Peter K. Navarro, Stanley E. Woodward, Jr., respectfully moves this Court for an Order withdrawing counsel and terminating his representation of Dr. Navarro in this matter. Mr. Woodward has consulted with Dr. Navarro who understands the potential consequences of this motion approves of the withdrawal of Mr. Woodward as counsel. Here, withdrawal can be accomplished without material adverse effect to Dr. Navarro as co-counsel will continue to represent Dr. Navarro in this matter.

Dated: May 16, 2025                    Respectfully submitted,

                                       _____/s/ Mark P. Nobile_____
                                       Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                       BRAND WOODWARD LAW, LP
                                       400 Fifth Street, Northwest, Suite 350
                                       Washington, DC  20001
                                       202-996-7447 (telephone)
                                       202-996-0113 (facsimile)
                                       Stanley@BrandWoodwardLaw.com

                                       *Counsel for Defendant Dr. Peter K. Navarro*

## **CERTIFICATE OF SERVICE**

On May 16, 2025, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

                          */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Mark@BrandWoodwardLaw.com