IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **PETER K. NAVARRO,** <br><br> **Defendant.** | ) <br> ) <br> ) **Case No. 1:22-cv-02292-CKK-GMH** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER**

Upon consideration of Dr. Navarro's Motion, it is this ___ day of _____, 2025, hereby:

**ORDERED** that the Motion is **GRANTED.**


**SO ORDERED.**

_____<br>
The Honorable Colleen Kollar-Kotelly<br>
United States District Court Judge