**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>–v.–<br><br>PETER K. NAVARRO,<br><br>*Defendant.* | Case No. 1:22-cv-2292 (CKK) |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice, each side to bear its own fees and costs.

Dated:  June 3, 2025                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Elizabeth J. Shapiro*
　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　　　　　　　　C. LEE REEVES
　　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　　1100 L Street NW
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 616-0773
　　　　　　　　　　　　　　　　　　　　　　　Email: lee.reeves2@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Mark P. Nobile*
　　　　　　　　　　　　　　　　　　　　　　　MARK P. NOBILE
　　　　　　　　　　　　　　　　　　　　　　　Schulman Bhattacharya, .LL.C.
　　　　　　　　　　　　　　　　　　　　　　　6116 Executive Blvd, Suite 425
　　　　　　　　　　　　　　　　　　　　　　　Bethesda, MD 20852
　　　　　　　　　　　　　　　　　　　　　　　(240) 356-8550
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*